**Electronically Filed
Supreme Court
SCWC-13-0003148
02-SEP-2015
10:19 AM**

SCWC-13-0003148

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

BAILEY TYLER BYRNE, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003148; CASE NO. 3DTA-12-02467)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Bailey Tyler Byrne's

application for writ of certiorari filed on July 29, 2015, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 2, 2015.

Michael S. Zola                    /s/ Mark E. Recktenwald
for petitioner
                                   /s/ Paula A. Nakayama
Linda L. Walton
for respondent                     /s/ Sabrina S. McKenna

                                   /s/ Richard W. Pollack

                                   /s/ Michael D. Wilson

